**NOT FOR PUBLICATION**



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10085 |
| Plaintiff - Appellee, | D.C. No. 1:14-cr-00192-LJO |
| v. | |
| EDGAR NELSON PITTS, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
Lawrence J. O'Neill, Chief Judge, Presiding

Submitted June 14, 2016**

Before: BEA, WATFORD, and FRIEDLAND, Circuit Judges.

Edgar Nelson Pitts appeals the 150-month sentence imposed following his

guilty-plea conviction for voluntary manslaughter, in violation of 18 U.S.C.

§ 1112. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Pitts contends that his high-end, fully consecutive sentence is substantively unreasonable in light of the circumstances of the offense and the length of his two undischarged sentences. The district court did not abuse its discretion in imposing Pitts's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including the nature of the offense. *See* U.S.S.G. § 5G1.3(a); *Gall*, 552 U.S. at 51.

**AFFIRMED.**